

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No: CR 03-00295 CRB |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION |
| v. | ) |
| SEAN MICHAEL SULLIVAN, | ) |
| Defendant. | ) |

This matter came before the Court on December 17, 2013 for initial appearance on a charge of violating supervised release conditions. The government moved for detention based the facts giving rise to supervised release violation charge, namely, on November 3, 2010 Defendant fired a gun at a person during a dispute over money. The government also proffered that Defendant had recently pled guilty to voluntary manslaughter arising from the 2010 incident.

As this matter involves an alleged violation of the terms of defendant's supervised

ORDER RE
DETENTION
CR 03-00295 CRB

release, the defendant bears the burden of showing by clear and convincing evidence that he does not pose a risk of flight and is not a danger to the safety of another person or the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994); 18 U.S.C. § 3143(a). At the hearing Defendant submitted without making any argument. Accordingly, the Court found that Defendant had not met his burden and ordered him remanded to the custody of the United States Marshals.

DATED: December 17, 2013

                                  *Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE